DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 7 mins.

| MAGISTRATE JUDGE **MINUTE ORDER** | DEPUTY CLERK Rose Maher | REPORTER/FTR FTR: 11:54-12:01 |
|---|---|---|
| MAGISTRATE JUDGE Thomas S. Hixson | DATE 12/19/2019 | NEW CASE ☐ | CASE NUMBER 3:19-mj-72046 MAG |

## APPEARANCES

| DEFENDANT Cinthia Miramontes Rodriguez | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Shawn Halbert, CJA Counsel | PD. ☐ RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|

| U.S. ATTORNEY Sailaja Paidapaty | INTERPRETER Spanish: Melinda Basker | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Sheri Broussard | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL held | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT full bail study | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 12/24/2019 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 10:30 a.m.. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Thomas S. Hixson | ☒ DETENTION HEARING | ☒ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

Govt. stated it would be filing an Indictment re Def.

DOCUMENT NUMBER: